**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 9, 2021

| | |
|---|---|
| Robert Brown | |
|                         Petitioner, | 21-cv-2854-ALC |
| -against- | |
| Superintendent W. Lee | **ORDER** |
|                         Respondent. | |

**ANDREW L. CARTER, JR., United States District Judge:**

Respondent is hereby ORDERED to serve a copy of the Order and Memo Endorsement at ECF No. 13 on Petitioner and file proof of service no later than **July 13, 2021**.

 SO ORDERED.

Dated: July 9, 2021
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**