**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/2/2021
```

Robert Brown,

                Petitioner,

-against-

Superintendent W. Lee,

                Respondent.

21-cv-2854 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Petitioner's letter dated November 25, 2021 requesting an extension of time to file a reply in connection with his pending habeas petition. ECF No. 26. The request is hereby **GRANTED**. Petitioner shall file a reply on or before **January 7, 2022**. The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Dated:    Dec. 2, 2021
              New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**