UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    12/29/2021
```

Robert Brown,

                              **Petitioner,**

       **-against-**

Superintendent W. Lee,

                              **Respondent.**

**1:21-cv-2854 (ALC)**

**ORDER GRANTING EXTENSION**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Petitioner's letter, from a legal assistant at Eastern Correctional Facility on Petitioner's behalf, dated December 21, 2021, and received by this Court on December 28, 2021, requesting an extension of time to file a reply in connection with his pending habeas petition. ECF No. 29. For good cause shown, the request is hereby **GRANTED**. Petitioner shall file a reply on or before **February 22, 2022**. Petitioner is also reminded to submit a Notice of Change of Address form should his contact information change. The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

**SO ORDERED.**

**Dated:**      **Dec. 29, 2021**
                **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**