```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Robert Brown,                                    :
                                                 :
                         Petitioner,            :        **ORDER**
              -v.-                                 :        21-CV-2854 (JHR) (KHP)
                                                 :
Superintendent W. Lee,                           :
                         Respondent.            :
-------------------------------------------------------------------x

**KATHARINE H. PARKER, United States Magistrate Judge.**

By **Monday, September 11, 2023**, Respondent shall provide a letter updating this Court on the status of Petitioner's motion to set aside his sentence in light of the COVID-19 pandemic, filed in the New York Supreme Court on April 19, 2021. Respondent shall attach a copy of any decisions/orders that have been issued regarding that motion.

SO ORDERED.

Dated: August 28, 2023
       New York, NY

                                                            */s/ Katharine H. Parker*
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge