**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ROBERT BROWN,

                    Petitioner,                      21 **CIVIL** 2854 (JHR)(KHP)

      -against-                                     **JUDGMENT**

SUPERINTENDENT W. LEE,

                    Respondent.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 23, 2024, the Report is adopted in its entirety. The Petition is dismissed and the Motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       February 26, 2024

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                           **BY:**              K. Mango

                                                           **Deputy Clerk**